Todd M. Friedman (216752)
**Law Offices of Todd M. Friedman, P.C.**
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CARCELEN, Individually and On Behalf of All Others Similarly Situated, ) ) ) | Case No. 5:16-cv-01318 |
| ) | **NOTICE OF SETTLEMENT** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MANASSEH JORDAN MINISTRIES, ) and DOES 1 through 10, inclusive, and ) each of them, ) | |
| Defendant. | |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff has been informed that there is already pending class-wide litigation which subsumes the proposed class in the case at bar, and has also exchanged information with Defendant that would indicate Defendant will have difficulty funding a class-wise settlement.  Plaintiff respectfully requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation.  A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted this 7th day of October, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 7th day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

Robert A. Seibel, Esq.
Law Offices of Robert A. Seibel, P.A.

This 7th day of October, 2016

s/Todd M. Friedman
Todd M. Friedman